## VERIFICATION

I, Brad J. Sadek, as attorney for Debtor-Plaintiff in the aforementioned matter, verify that the statements made in this Complaint are true and correct to the best of my knowledge, information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S. Section 4904, relating to unsworn falsification to authorities.


Date: September 23, 2013               /s/ Brad J. Sadek, Esquire
                                       Brad J. Sadek, Esquire